## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EDWARD RAYMOND,

      Plaintiff,

    vs.

UNITED STATES OF AMERICA,

      Defendant.

Case No. 7:23-cv-00546

STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Edward Raymond, through their undersigned counsel, having reached a settlement of their claims against the Defendant United States of America, stipulate as follows:

1. All claims asserted against Defendant United States of America in this action should be and hereby are dismissed with prejudice.

2. This Stipulation of Voluntary Dismissal with Prejudice shall not constitute agreement on the part of Plaintiff's counsel that Camp Lejeune Justice Act settlements must be made pursuant to 28 U.S.C. § 2677 or that 28 U.S.C. § 2677 generally applies to Camp Lejeune Justice Act cases.

Respectfully Submitted,

BELL LEGAL GROUP, PLLC
*s/ Eric W. Flynn*
Eric W. Flynn (N.C. Bar No.: 57615)
751 Corporate Center Drive Suite 310
Raleigh, NC 27607
eflynn@belllegalgroup.com
Phone (919)277-9299
Fax (843) 546-9604

APPROVED BY:

U.S. DEPARTMENT OF JUSTICE

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch, Civil Division

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Justice Act Section
Torts Branch, Civil Division

HAROON ANWAR
Assistant Director
Camp Lejeune Justice Act Section
Torts Branch, Civil Division


*/s/ Adam Bain*
ADAM BAIN
Special Litigation Counsel
Camp Lejeune Justice Act Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209


MICHAEL CROMWELL
Trial Attorney, Torts Branch
Camp Lejeune Justice Act Section

*Counsel for Defendant United States of America*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2026, the foregoing document was filed via the Court's

CM/ECF system and a copy thereof was served electronically upon all counsel of record, as

reflected by the Court's CM/ECF system.

/s/ Eric W. Flynn
Eric W. Flynn